**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

| | |
|---|---|
| Appellate case name: | Marvinell Harlan v. Texas Workforce Commission, Appeal Tribunal, Hearing Officer J. Koehn, Hearing Officer L. Lawrence, and Commissioners Hope Andrade and Andres Alcantar |
| Appellate case number: | 01-17-00849-CV |
| Trial court case number: | 2015-11049 |
| Trial court: | 190th District Court of Harris County |
| Date motion filed: | December 7, 2018 |
| Party filing motion: | Appellant |

It is ordered that the motion for rehearing is **denied**.


Judge's signature: /s/ Russell Lloyd
                   Acting for the Court

Panel consists of Chief Justice Radack and Justices Jennings and Lloyd.


Date:  December 20, 2018